UNITED STATES BANKRUPCY COURT
DISTRICT OF PUERTO RICO

IN RE:

GILBERTO APONTE MACHIN

DEBTORS

CASE # 10-05193

CHAPTER 11

MOTION IN COMPLIANCE WITH §1116

TO THE HONORABLE COURT:

**HERE COMES** Debtors through the undersigned attorney and respectfully request and pray for the following:

1. Debtors filed a Chapter 11 petition on June 14, 2010.

2. Debtor in compliance with § 1116 submits the documents and statement under penalty of perjury.

3. Debtor request to this Honorable Court to take notice of this motion.

**WHEREFORE,** Debtors pray for an Order granting this motion with any other procedure that in accordance to law this Honorable Court deems just and proper.

**I CERTIFY** that this motion has been electronically filed using CM/ECF and that a copy of the same was forwarded to the office of the US Trustee and all other parties in interest.

In Caguas, Puerto Rico, this 14th day of June of 2010.

**VICTOR GRATACOS DIAZ LAW OFFICE**
PO BOX 7571
CAGUAS, PUERTO RICO 00726
PHONE: (787) 746-4772 & FAX: (787) 746-3633

By: /s/ Victor Gratacós Diaz (127906)