| Form **4868** | Application for Automatic Extension of Time To File U.S. Individual Income Tax Return | OMB No. 1545-0074 **2009** |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | |

There are three ways to request an automatic extension of time to file a U.S. individual income tax return.

1. You can file Form 4868 electronically by accessing IRS e-file using your home computer or by using a tax professional who uses e-file.
2. You can pay all or part of your estimate of income tax due using a credit or debit card.
3. You can file a paper Form 4868.

The first two options are discussed under IRS e-file, next. Filing a paper Form 4868 is discussed later on this page.

    **It's Convenient, Safe, and Secure**

IRS e-file is the IRS's electronic filing program. You can get an automatic extension of time to file your tax return by filing Form 4868 electronically. You will receive an electronic acknowledgment once you complete the transaction. Keep it with your records. Do not send in Form 4868 if you file electronically, unless you are making a payment with a check or money order. (See page 4.)

Complete Form 4868 to use as a worksheet. If you think you may owe tax when you file your return, you will need to estimate your total tax liability and subtract how much you have already paid (lines 4, 5, and 6 below).

You can apply for an extension by e-filing Form 4868 from a home computer or through a tax professional who uses e-file. Several companies offer free e-filing of Form 4868 through the Free File program. For more details, go to *www.irs.gov* and enter "Free File" in the search box at the top of the page.

You can also apply for an extension by paying part or all of your estimate of income tax due by using a credit or debit card. See *Pay by Credit or Debit Card* later on this page.

 **E-file Using Your Personal Computer or Through a Tax Professional**

Refer to your tax software package or tax preparer for ways to file electronically. Be sure to have a copy of your 2008 tax return—you will be asked to provide information from the return for taxpayer verification. If you wish to make a payment, you can pay by electronic funds withdrawal or send your check or money order to the address shown in the middle column under *Where To File a Paper Form 4868*. See page 4.

 **Pay by Credit or Debit Card**

You can get an extension if you pay part or all of your estimate of income tax due by using a credit or debit card. Your payment must be at least $1. You can pay by phone or over the Internet. See page 4.

**File a Paper Form 4868**

If you wish to file on paper instead of electronically, fill in the Form 4868 below and mail it to the address shown on page 4.

For information on using a private delivery service, see page 4.

**Note.** If you are a fiscal year taxpayer, you must file a paper Form 4868.

▼ DETACH HERE ▼

| Form **4868** | Application for Automatic Extension of Time To File U.S. Individual Income Tax Return | OMB No. 1545-0074 **2009** |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | For calendar year 2009, or other tax year beginning , 2009, ending , 20 | |

**Part I  Identification**

1  Your name(s) (see instructions)
   Gilberto Aponte Uachin
   Address (see instructions)
   PO Box 754
   City, town, or post office    State    ZIP Code
   San Lorenzo              PR      00754

2  Your social security number    3  Spouse's social security number

**Part II  Individual Income Tax**

4  Estimate of total tax liability for 2009 . . $ 2,000.00
5  Total 2009 payments . . . . . . .  -0-
6  Balance due. Subtract line 5 from line 4 (see instructions) . . . . . . .  2,000.00
7  Amount you are paying (see instructions) ▶
8  Check here if you are "out of the country" and a U.S. citizen or resident (see instructions) . . . . . ▶ ☒
9  Check here if you file Form 1040NR or 1040NR-EZ and did not receive wages as an employee subject to U.S. income tax withholding . . . . . . . ▶ ☐

For Privacy Act and Paperwork Reduction Act Notice, see page 4.    Cat. No. 13141W    Form **4868** (2009)

Modelo SC 2644
Form AS
Rev. 4 feb 10




| R | |
|---|---|
| Liquidador | |
| Revisor | |

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
Departamento de Hacienda - Department of the Treasury
**SOLICITUD DE PRORROGA PARA RENDIR LA PLANILLA DE CONTRIBUCION SOBRE INGRESOS**
Request for Extension of Time to File the Income Tax Return

Año comienza el __1__ de __enero__ de __2009__ y termina el __31__ de __diciembre__ de __2009__
Year beginning on __1__ of __2009__ and ending on __31__ of __2009__

Número de Serie

Sello de Pago

### Parte - Part I: Información del Contribuyente - Taxpayer's Information

**Número de Seguro Social** / Social Security Number

**Número de Identificación Patronal** / Employer Identification Number

| Nombre del Individuo / Individual's First Name | Inicial / Initial | Apellido Paterno / Last Name | Apellido Materno / Second Last Name |
|---|---|---|---|
| Gilberto | | Aponte | Machin |

Nombre de la Corporación, Sociedad, Sucesión o Fideicomiso - Name of the Corporation, Partnership, Estate or Trust

Dirección Postal - Postal Address
**PO BOX 754 San Lorenzo PR 00754**

Código Postal - Zip Code

Número de recibo:
Importe:

Teléfono Residencia - Residence Telephone: 787 553 1986
Teléfono Oficina - Office Telephone

Ocupación / Negocio
Occupation / Business
**Dentistas**

### Parte - Part II: Información del (de los) Patrono(s) para quien(es) Trabaja - Information of the Employer(s) for whom you Work

| | Nombre del Patrono - Employer's Name | Dirección - Address | Código Postal - Zip Code | Número de Identificación Patronal - Employer Identification Number |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |

[Stamp: Estado Libre Asociado de Puerto Rico - DEPARTAMENTO DE HACIENDA - 1145-Colecturía Caguas - RECIBIDO APR 15 2010 - SIN PAGO - SECRETARIO DE HACIENDA - 01-1595 - 1-60]

### Parte - Part III: Ingresos - Income

1. Ingreso según Comprobante de Retención o Ingreso Estimado ............ 175,000 00
   Income as per Withholding Statement or Estimated Income

2. Otros Ingresos ................................................................................ 0 00
   Other Income

3. Total de Ingreso Bruto ..................................................................... 175,000 00
   Total Gross Income

### Parte - Part IV: Importe Incluido con esta Solicitud - Amount Included with this Request

1. Cantidad pagada con esta solicitud aplicable al total no pagado de la contribución (responsabilidad contributiva total)
   Amount paid with this request applicable to the amount of tax due (total tax liability) ............... 0 00

2. Cantidad pagada con esta solicitud aplicable a la Contribución Adicional Especial (Anejo N Incentivos)
   Amount paid with this request applicable to the Special Surtax (Schedule N Incentives) ... (CIFRA DE INGRESO 0215) ... 0 00

3. Cantidad pagada con esta solicitud aplicable al Prepago del Impuesto sobre Repatriación (Formulario 480.3(II), Parte IV)
   Amount paid with this request applicable to the Prepayment of Tollgate Tax (Form 480.30(II), Part IV) .. (CIFRA DE INGRESO 0242) ... 0 00

4. Cantidad pagada con esta solicitud aplicable a la Contribución sobre Ingresos Opcional para Negocios Exentos
   (Anejo O Incentivos) - Amount paid with this request applicable to the Optional Income Tax for Exempt Businesses
   (Schedule O Incentives) ............................................................................ (CIFRA DE INGRESO 0213) ... 0 00

PRSoft, Inc. (www.prsoft.com)

Conservación: Diez (10) años - Retention: Ten (10) years / VEASE AL DORSO - SEE BACK

COPY

Modelo SC 2644, Rev. 4 feb 10 - Página 2



## Solicitud de Prórroga Automática - Request for Automatic Extension of Time
### Clase de contribuyente - Type of taxpayer

[✓] 1. Individuo - Individual      [ ] 2. Sucesión - Estate      [ ] 3. Fideicomiso - Trust

[ ] 4. Corporación - Corporation      [ ] 8. Sociedad - Partnership

[ ] 5. Corporación bajo el Programa de Incentivos Contributivos de Puerto Rico - Corporation under the Puerto Rico Tax Incentives Program      [ ] 9. Sociedad bajo el Programa de Incentivos Contributivos de Puerto Rico Partnership under the Puerto Rico Tax Incentives Program

[ ] 10. Sociedad Especial - Special Partnership

[ ] 6. Corporación Especial Propiedad de Trabajadores Employees - Owned Special Corporation

[ ] 11. Organización Sin Fines de Lucro - Non Profit Organization

[ ] 7. Corporación de Individuos - Subchapter N Corporation

3 meses months

[ ] 12. Fideicomiso de Empleados - Employee's Trust

Decimoquinto (15) día del décimo mes siguiente al cierre del año contributivo
Fifteenth (15) day of the tenth month following the close of the taxable year

## Solicitud de Prórroga Adicional (Solamente si se encuentra fuera de Puerto Rico. Véanse instrucciones)
### Request for Additional Extension of Time (Only if taxpayer is outside of Puerto Rico. See instructions)

Clase de contribuyente - Type of taxpayer      3 meses months

[✓] 1. Individuo - Individual      [ ] 2. Sucesión - Estate      [ ] 3. Fideicomiso - Trust

**Razones - Reasons**

Informacion necesaria para cumplimentar la planilla no ha sido recibida.

### Juramento - Oath

Declaro bajo penalidad de perjurio, que la información aquí suministrada ha sido examinada por mí y que según mi mejor información y creencia es cierta, correcta y completa.

I hereby declare under penalty of perjury, that this information has been examined by me and to the best of my knowledge and belief is true, correct and complete.

_____      Gilberto Aponte Machin      *[signed: Gilberto Aponte]*
Título - Title      Nombre del contribuyente / Taxpayer's name      Firma del contribuyente / Taxpayer's signature

_____      *[signed: Teresita Mulero Mulero]*      *[signed: Teresita Mulero Mulero]*
Fecha - Date      Nombre del representante autorizado / Duly authorized agent's name      Firma del representante autorizado / Duly authorized agent's signature

Dirección del representante autorizado - Duly authorized agent's address

Teresita Mulero Mulero, CPA  00778      Teléfono - Telephone      (787) 743-3785

ESTA PRORROGA NO EXTIENDE EL PAGO DE LA CONTRIBUCION O CUALQUIER PLAZO DE LA MISMA, POR LO QUE CUALQUIER BALANCE PENDIENTE DE PAGO GENERARA INTERESES Y RECARGOS DESDE LA FECHA DE VENCIMIENTO DE LA PLANILLA. ES IMPORTANTE QUE COMPLETE TODOS LOS ENCASILLADOS. RECUERDE INCLUIR LA INFORMACION DE SU PATRONO Y EL INGRESO BRUTO QUE DEVENGO EN EL AÑO. THIS EXTENSION DOES NOT EXTEND THE TIME FOR PAYMENT OF THE TAX OR ANY INSTALLMENT THEREOF, THEREFORE, ANY BALANCE DUE WILL GENERATE INTEREST AND SURCHARGES FROM THE DUE DATE OF THE RETURN. IT IS IMPORTANT THAT YOU COMPLETE ALL BOXES. REMEMBER TO INCLUDE YOUR EMPLOYER'S INFORMATION AND THE GROSS INCOME RECEIVED DURING THE YEAR.

PRSoft, Inc. (www.prsoft.com)

Conservación: Diez (10) años - Retention: Ten (10) years