# *Teresita Mulero Mulero*

PO Box 1300　　　　　　　　Certified Public Accountant　　　　　　　　Tel. (787) 743-3785
Gurabo, P. R. 00778　　　　　　　　Lic. 1988　　　　　　　　FAX (787) 743-3799

**Gilberto Aponte Machín, MD**

STATEMENT OF FINANCIAL CONDITION
&
Accountant's Compilation Report

as of December 31, 2009

# *Teresita Mulero Mulero*

PO Box 1300       Certified Public Accountant      Tel. (787) 743-3785  
Gurabo, P. R. 00778      Lic. 1988      FAX (787) 743-3799

May 2, 2010

Gilberto Aponte Machín, MD  
Gurabo, Puerto Rico

I have compiled the accompanying statement of financial condition of Gilberto Aponte Machín, MD as of December 31, 2009, in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants.

A compilation is limited to presenting in the form of financial statements information that is the representation of the individuals whose financial statements are presented. We have not audited or reviewed the accompanying financial statement and, accordingly, do not express an opinion or any other form of assurance on them.

Caguas, Puerto Rico



License num. 1988  
Expires on December 1st, 2010

## Gilberto Aponte Machín, MD
STATEMENT OF FINANCIAL CONDITION
December 31, 2009

### ASSETS

| | | |
|---|---:|---:|
| Cash | | $ 8,255 |
| Investments | | |
|   Individual retirement account (IRA) (NOTE B) | $ 2,300 | |
|   Marketable securities (NOTE C) | 415 | |
|   Domestic Corporations (NOTE D) | 27,550 | |
|   Real Estate (NOTE E) | 1,006,000 | 1,036,265 |
| Residence (NOTE F) | | 300,000 |
| Motor vehicles | | 6,500 |
| Personal effects | | 16,254 |
| | | $1,367,274 |

### LIABILITIES & NET WORTH

**Liabilities**

| | |
|---|---:|
| Residence mortgage's payable (NOTE F) | $ 106,800 |
| Other mortgages payable (NOTE E) | 641,419 |
| Social security tax payable (NOTE G) | 52,690 |
| Loans payable (NOTE H) | 17,959 |
| Other taxes payable (NOTE I) | 16,024 |
| Other debts (NOTE J) | 25,110 |
| | 860,002 |

**Estimated income taxes,** on the differences between the estimated current values of assets and the estimated current amounts of liabilities and their tax bases (NOTE K)     34,183

**NET WORTH** 12-31-09     473,089
    $1,367,274

See accompanying notes and accountant's report.



# Gilberto Aponte Machín, MD
NOTES TO STATEMENT OF FINANCIAL CONDITION
December 31, 2009

NOTE A. **General Information**
The accompanying financial statement includes the assets and liabilities of Gilberto Aponte-Machín. Assets are stated at their estimated current values and liabilities at their estimated current amounts.

NOTE B. **Investment in Individual Retirement Account (IRA)**
Gilberto Aponte-Machín has an individual retirement account with a balance of $4,600. His participation of 50% of this account due to the community property status is **$2,300**.

NOTE C. **Investment in Marketable Securities**
Mr. Gilberto Aponte-Machín has 10,000 shares of RG Premier Stock with a total market value for $830. His participation of 50% of this account due to the community property status is **$415**.

NOTE D. **Investment in Domestic Corporations**
Gilberto Aponte Machín has an interest in the following domestic corporations:

| Corporation name | Estimated Value | Participation Percentage | Extension |
|---|---|---|---|
| Rosado Parts & Service Hydrulics, Inc. (a) | $ 100 | 50% | $ 50 |
| Advanced DNA Identification Center, Inc. ( c ) | $100,000 | 25% | 25,000 |
| Clínica Dental Drs. Aponte, PSC (b) | $ 5,000 | 50% | 2,500 |
| Total | | | **$27,550** |

(a) Corporation dedicated to hydraulic systems maintenance, closed on April 30, 2009.
(b) Corporation closed on April 30, 2009. Dr. G. Aponte estimates the Corporation should generate $5,000 for the value of used dental equipment involved.
(c) Active Corporation dedicated to biological identification. The participation of the community property in this Corporation is 50%. Therefore, Mr. Aponte's share is 25% or $25,000.

NOTE E. **Investment in Real Estate & Mortgages Payable**
Mr. Gilberto Aponte-Machín has the following properties detailed as follows:

| Property Description | Estimated Value (a) | Partic. Perc.(b) | Extension |
|---|---|---|---|
| 1.Commercial property –Gurabo | $ 100,000 | 50% | $ 50,000 |
| 2.Commercial property-San Juan | 1,021,000 | 50% | 510,500 |
| 3.Commercial-Off. Apt.-San Juan | 40,000 | 50% | 20,000 |



TERESITA MULERO · PUERTO RICO · LICENCIA No. 1988 · CONTADOR PÚBLICO AUTORIZADO

# Gilberto Aponte Machín, MD
NOTES TO STATEMENT OF FINANCIAL CONDITION
December 31, 2009

NOTE E. **Investment in Real Estate & Mortgages Payable,** *continued*

| Property Description | Estimated Value (a) | Partic. Perc.(b) | Extension |
|---|---|---|---|
| *Balance carried formward* | $1,161,000 | | $ 580,500 |
| 4.Commercial property-San Juan | 600,000 | 50% | 300,000 |
| 5.Residential property-San Juan | 126,000 | 50% | 63,000 |
| 6.Residential property-San Juan | 125,000 | 50% | 62,500 |
| | $2,012,000 | | $1,006,000 |

a) Estimated current values based on current value detailed on Schedule A-Real Property-Voluntary Petition of Bankruptcy, Case no. 09-3214-11.

b) Percentage of participation on community property.

**Real Estate mortgages payable**

| Property Description | Liquidation Balance (a) | Partic. Perc.(b) | Extension | Creditor |
|---|---|---|---|---|
| 1.Commercial property –Gurabo | $ 65,000 | 50% | $ 32,500 | Banco Popular de PR |
| 2.Commercial property-San Juan | 648,000 | 50% | 324,000 | Eurobank |
| 3.Commercial-Of. Apt.-San Juan | 7,067 | 50% | 3,534 | Banco Popular de PR |
| 4.Commercial property-San Juan | 340,000 | 50% | 170,000 | Medicoop |
| 5.Residential property-San Juan | 113,400 | 50% | 56,700 | Eurobank |
| 6.Residential property-San Juan | 109,370 | 50% | 54,685 | Eurobank |
| | $1,282,837 | | $ 641,419 | |

a)Estimated liquidation balance based on Schedule D-Creditors Holding Secured Claims-Voluntary Petition of Bankruptcy, Case no. 09-3214-11.

b) Percentage of participation on community property.

NOTE F. **Residence**
The estimated current value of the residence of $600,000 is based on recent comparable sales of similar properties. This property guarantees a mortgage with Doral Mortgage The estimated liquidation balance as of December 31, 2009 is $213,600. Mr. Gilberto Aponte has a participation of 50% on this property. His share of the estimated current value is **$300,000** and **$106,800** of the estimated liquidation balance as of 12/31/09.

NOTE G. **Social Security tax payable**
Mr. Gilberto Aponte owes $52,690 in self-employment taxes (1040 PR) for the years 2004 through 2008.



# Gilberto Aponte Machín, MD
## NOTES TO STATEMENT OF FINANCIAL CONDITION
### December 31, 2009

NOTE H. **Loans payable**

| Loans Description | Liquidation Balance | Partic. Perc.(a) | Extension | Creditor |
|---|---|---|---|---|
| Car loan | $ 12,371 | 50% | $ 6,186 | Banco Santander |
| Personal loan | 12,673 | 50% | 6,336 | Medicoop |
| Credit Line | 2,875 | 50% | 1,437 | Eurobank |
| Student loan | 8,000 | 50% | 4,000 | Univ. Acct. Serv. |
| Totals | $ 35,919 | | **$17,959** | |

a) Percentage of participation on community property.

NOTE I. **Other taxes payable**
Mr. Gilberto Aponte owes CRIM and to PR Department of Treasury a total of $32,048 in real property taxes as of 12/31/09. Due to his 50% of participation on the ownership of the properties subject to these taxes, his share of such taxes is **$16,024**.

NOTE J. **Other debts**

| Credit Card Description | Liquidation Balance | Partic. Perc.(a) | Extension |
|---|---|---|---|
| Banco Popular de PR | $ 7,617 | 50% | $ 3,809 |
| Bank of America | 15,500 | 50% | 7,750 |
| Bank of America | 16,000 | 50% | 8,000 |
| Discover Card Service | 398 | 50% | 199 |
| FIA Card Services | 10,105 | 50% | 5,052 |
| Sears | 600 | 50% | 300 |
| Totals | $50,220 | | **$25,110** |

NOTE K. **Estimated income taxes**
The estimated current amounts of liabilities at December 31, 2009 equaled their tax bases. Estimated income taxes have been provided on the excess of the estimated current values of assets over their tax bases as if the estimated current values of the assets had been realized on the statement date, using applicable tax laws and regulations. The provision will probably differ from the amounts of income taxes that eventually might be paid because those amounts are determined by the timing and the method of disposal or realization and the tax laws and regulations in effect at the time of disposal or realization.

The estimated current values of assets exceed their tax bases by $371,834 at December 31, 2009. The excess of estimated current values of major assets over their tax bases are:

| | |
|---|---|
| Residential house | $ 30,000 |
| Investment in Real Estate | 360,000 |

# Gilberto Aponte Machín, MD
NOTES TO STATEMENT OF FINANCIAL CONDITION
December 31, 2009

NOTE L. **Other matters**

On April 30, 2009 Mr. Gilberto Aponte applied for protection under the Bankruptcy Law, Chapter 11, Case 06-03214-11. His properties and debts are being presented in this financial statement at his community property participation percentage. However, the reorganization plan (The Plan) is foreseen to liquidate all debts (secured and unsecured) at 100% of the amount owed. The difference between the total debts paid under "The Plan" and his obligations' share will be credited to the liquidation amount to be obtained from the division of the community property.



2004

**Dr. Gilberto Aponte Machín y esposa**

ESTADO DE CONDICION FINANCIERA
al 31 de marzo de 2004

## Dr. Gilberto Aponte Machín y esposa
ESTADO DE CONDICION FINANCIERA
31 de marzo de 2004

ACTIVOS

| | | |
|---|---:|---:|
| Efectivo en banco y a mano (NOTA B) | | $ 110,425 |
| Certificados de depósito (NOTA C) | | 180,011 |
| Inversiones | | |
|   Cuenta IRA | $ 3,640 | |
|   Acciones Medi-Coop | 12,538 | |
|   Valores negociables (NOTA D) | 16,000 | |
|   Corporaciones Domésticas (NOTA E) | 1,392,500 | 1,424,678 |
| Residencia principal (NOTA F) | | 625,000 |
| Inversión en propiedades inmuebles (NOTA G) | | 1,350,000 |
| Vehículos de motor | | 45,000 |
| Mobiliario, prendas y efectos personales | | 100,000 |
| | | $3,835,114 |

PASIVOS Y CAPITAL

**Deudas**

| | |
|---|---:|
| Obligación hipotecaria (NOTA F) | $ 285,000 |
| Préstamos a pagar (NOTA I) | 793,591 |
|   Total deudas | 1,078,591 |
| | |
| Estimado de contribución sobre ingresos sobre las diferencias entre valores corrientes y sus bases contributivas (NOTA J) | 274,162 |
| | |
| **CAPITAL NETO** al 31-03-04 | 2,482,361 |
| | $3,835,114 |

## Dr. Gilberto Aponte Machín y esposa
NOTAS AL ESTADO DE CONDICION FINANCIERA
31 de marzo de 2004

NOTA A. **Información general**
El estado financiero que se acompaña incluye los recursos y obligaciones de la sociedad de ganaciales compuesta por el Dr. Gilberto Aponte-Machín y su esposa, la Dra. Magda B. Prats Palerm. Los mismos están presentados a su valor corriente estimado usando el método de acumulación.

NOTA B. **Efectivo en banco y a mano**
A continuación se detalla el efectivo en banco y a mano del Dr. Gilberto Aponte y esposa.

| | | |
|---|---|---:|
| Eurobank | Cta. corriente | $ 7,100 |
| Eurobank | Cta. ahorros | 75,325 |
| First Federal | Cta. de ahorros | 3,500 |
| Citibank | Cta. de ahorros | 23,000 |
| Efectivo a mano | | 1,500 |
| Total | | **$110,425** |

NOTA C. **Certificados de depósito**
Al 31 de marzo de 2004 el Dr. Gilberto Aponte y esposa tenían los siguientes certificados de depósito.

| Institución | Número de cuenta | Cantidad |
|---|---|---:|
| Eurobank | 205020478 | $ 21,300 |
| Eurobank | 205009594 (a) | 79,700 |
| Eurobank | 205017383 | 22,900 |
| Eurobank | 205018474 | 22,100 |
| Eurobank | 205018984 | 34,011 |
| Total | | **$180,011** |

(a) Colateriza préstamo comercial cuyo balance de liquidación al 31/03/04 es $60,000.

NOTA D. **Valores negociables**
A continuación se detalla el valor corriente al 30/06/03 de las inversiones del Dr.Aponte y esposa.

| Institución Administrativa | Descripción | Valor en el Mercado* |
|---|---|---:|
| Salomón Smith-Barney | Acciones | $ 16,000 |

*El valor en el mercado se determinó a base de lo que reflejó el estado de cuenta de dichos instrumentos negociables al 31/03/04.

# Dr. Gilberto Aponte Machín y esposa
NOTAS AL ESTADO DE CONDICION FINANCIERA
31 de marzo de 2004

NOTA E. **Inversión en Corporaciones Domésticas**
A continuación se detallan las Corporaciones Domésticas de las cuales tienen participación el Dr. Gilberto Aponte y esposa.

El valor en el mercado se determinó a base del precio de venta estimado de la entidad incluyendo equipos y otros activos relacionados.

| Nombre de Corporación | Valor Estimado | % de Participación | Extensión |
|---|---|---|---|
| Clínica Dental Dres. Aponte-Machín, PSC | | | |
|    Oficina-Caguas | $ 250,000 | 50% | $ 125,000 |
|    Oficina-Gurabo | 125,000 | 50% | 62,500 |
|    Oficina-Ceiba | 50,000 | 50% | 25,000 |
| Rosado Parts & Service Hydrulics, Inc. | 360,000 | 50% | 180,000 |
| Advanced DNA Identification Center, Inc. | 1,000,000 | 100% | 1,000,000 |
|    Total | | | **$1,392,500** |

NOTA F. **Residencia principal**
La residencia principal del Dr. Gilberto Aponte y esposa está ubicada en Blvd. de Los Arboles #435, Los Arboles de Montehiedra, San Juan. El valor corriente estimado de **$625,000** se determinó a base de ventas recientes de propiedades similares en áreas comparables a ésta. Esta propiedad sirve de colateral a hipoteca con EuroMortgage. Al 31 de marzo de 2004 el estimado del balance de liquidación ascendió a **$285,000**.

NOTA G. **Inversión en propiedades inmuebles**
El Dr. Gilberto Aponte y esposa tienen las siguientes propiedades detalladas a continuación:

| Descripción Propiedad | Valor Estimado | % de Participación | Extensión | Renta Mensual |
|---|---|---|---|---|
| Edificio-Urb. Villas de Castro-Caguas | $ 450,000 | 50% | $ 225,000 | $ 1,315 |
| Propiedad comercial –Gurabo | 145,000 | 100% | 145,000 | 1,150 |
| Propiedad comercial-José Mercado | 225,000 | 100% | 225,000 | 1,000 |
| Propiedad comercial-San Juan | 700,000 | 100% | 700,000 | 5,100 |
| Propiedad comercial-San Juan | 55,000 | 100% | 55,000 | 600 |
| Total | **$1,575,000** | | **$1,350,000** | **$ 9,165** |

# Dr. Gilberto Aponte Machín y esposa
NOTAS AL ESTADO DE CONDICION FINANCIERA
31 de marzo de 2004

NOTA H. **Fuentes de ingresos**

El Dr. Gilberto Aponte y esposa son dentistas. A continuación se detallan las diferentes fuentes de ingresos de ambos para el año terminado al 31 de diciembre de 2003.

| | |
|---|---:|
| Práctica profesional (Neto) | $ 65,052 |
| Intereses | 5,119 |
| Renta | 64,080 |
| Total | $134,251 |

NOTA I. **Préstamos a pagar**

El Dr. Gilberto Aponte y esposa tienen los siguientes préstamos a pagar:

| Institución Financiera | Pago mensual | Tasa interés | Tipo de Préstamo | Balance 31/03/04 |
|---|---|---|---|---|
| Eurobank | $ 375 | 10.0 | H | $ 65,125 |
| Eurobank | 833 | 5.75 | H | 35,000 |
| Eurobank | - | 7.25 | L/C | 60,000 |
| Scotiabank | 860 | 5.25 | A | 52,000 |
| Medi-Coop | 1,217 | 9.25 | P | 56,466 |
| Scotiabank | 730 | 8.00 | A | 35,000 |
| Eurobank | 4,000 | 7.00 | H | 490,000 |
| Total | | | | $793,591 |

**L/C** – Línea de crédito
**A** – Préstamo de auto
**H** – Préstamo hipotecario
**P** - Prestamo personal

NOTA J. **Estimado de contribución sobre ingresos**

Los valores corrientes estimados de las deudas al 31 de marzo de 2004 son iguales a sus bases contributivas. El estimado de contribución sobre ingresos provee para la cantidad en impuestos que habría que pagar si a la fecha del estado financiero se realizara el exceso de los valores corrientes estimados de los activos sobre sus bases contributivas. Esta acumulación probablemente diferirá de las cantidades de contribución s obre i ngresos q ue e ventualmente s e p aguen d ebido a l m omento y método de disposición o realización final de estos activos. Además, estas cantidades se afectarán por las leyes y reglamentos contributivos vigentes al momento en que ocurran dichos eventos.

Los valores corrientes estimados al 31 de marzo de 2004 exceden sus bases contributivas por $1,636,812.

**Dr. Gilberto Aponte Machín y esposa**
NOTAS AL ESTADO DE CONDICION FINANCIERA
31 de marzo de 2004

NOTA J. **Estimado de contribución sobre ingresos**, *continuación*

Los activos con mayor valor corriente se detallan a continuación:

| | |
|---|---|
| Inversión Corporaciones Domésticas | $ 1,392,500 |
| Residencia principal | $ 625,000 |
| Inversión en propiedades inmuebles | $ 1,350,000 |